IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GERRY HUNT<br>and<br>SHARON L. HUNT | *<br><br>* |
| Plaintiffs | * |
| v. | *   Civil Action No. JFM03CV452 |
| ACandS, INC., et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 17, 2003, was mailed, via first class mail, postage prepaid, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Mauricio E. Barreiro, Esquire
15 E. Chesapeake Avenue
Towson, MD 21286

Donald S. Meringer, Esquire
McCarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204

Steven J. Parrott, Esquire
Parrott & Donahue
18 West Street
Annapolis, MD 21401

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp, PA

110 St. Paul Street, Suite 300
Baltimore, MD  21202


Date:  03/17/03                           _____/s/_____
                                          David W. Allen (#00208)
                                          Goodell, DeVries, Leech & Dann, LLP
                                          One South Street, 20th Floor
                                          Baltimore, MD  21202
                                          Phone:  (410) 783-4000
                                          Fax:  (410) 783-4040

                                          Attorney for Defendants, HOPEMAN BROTHERS, INC.

466978v1